AO 187 (Rev. 7/87) Exhibit and Witness List

E-FILED
Thursday, 23 August, 2018  04:32:48 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
### CENTRAL   DISTRICT OF   ILLINOIS


FILED
AUG 23 2018
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA
V.
DONALD C. BEVERS

**EXHIBIT AND WITNESS LIST**

Case Number: 18-10011

| PRESIDING JUDGE | GOVT'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| James E. Shadid, Chief Judge | Paul Morris | Robert Alvarado |
| HEARING DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 8/23/2018 | D. Doubet | J. Kelly |

| Obj or No | GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
|  | 1 |  | 8/23/18 |  | Y | Article from CDC titled Prescription Behavior Surveillance System |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.